No. 263.  CHICAGO, KALAMAZOO & SAGINAW RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* GALE KINDLESPARKER.

In error to the United States Circuit Court of Appeals for the Sixth Circuit. Argued April 24, 25, 1918. Decided April 29, 1918. *Per Curiam.* Judgment reversed with costs, and case remanded to the District Court of the United States for the Western District of Michigan for further proceedings, upon the authority of *Minneapolis & St. Louis R. R. Co.* v. *Winters,* 242 U. S. 353. *Mr. Stuart E. Knappen* and *Mr. Frank E. Robson* for plaintiff in error. *Mr. Charles F. Hext* and *Mr. H. Monroe Dunham* for defendant in error.